BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10 100
Sacramento, California  95814

Telephone: (916) 554 2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>    v.<br>LEE VANG,<br>                Defendant. | CR NO.  13-0292-JAM |
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>    v.<br>LEE VANG,<br>                Defendant. | CR NO.  14-254-KJM<br><br>RELATE CASES ORDER |

Examination of the above-captioned matters, to wit, (1) case number CR. S-13-0292-JAM against Lee Vang, and (2) CR. S-14-0254, also against Lee Vang, reveals that the actions are related within the meaning of Local Rule 83-123. The actions involve the same defendant, similar fraud conduct, and similar law enforcement witnesses, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial

savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected. Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions are assigned and related to U.S. District Court Judge Mendez, for all further proceedings. Henceforth, the caption on documents filed in the cases shall show the initials "JAM".

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

AND, IT IS FURTHER ORDERED that, pursuant to the stipulation of the parties, the clerk of the Court SHALL place the matter designated Cr 14-254 on this Court's October 14, 2014 calendar at 9:45 am for arraignment, waiver of indictment, and entry of a plea.

DATED: 9-23-2014

JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

///

MOTION AND RELATED CASES ORDER (PROPOSED)                                   5